AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PHILLIPS CHARLES, a/k/a "PHON C" | ) | Case No. |
| | ) | 21-MJ-1049 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  3/1/2019 thru 12/3/2020  in the county of  Middlesex, and elsewhere  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841, 846; | Conspiracy to Distribute and PWID Controlled Substances; |
| 18 U.S.C. § 924(o) | Conspiracy to Possess Firearms in Furtherance of, and Use and Carry Firearms During and in Relation to, a Drug Trafficking Conspiracy |

This criminal complaint is based on these facts:

See attached affidavit of SA Craig Harvey

☑ Continued on the attached sheet.

/s Craig Harvey
*Complainant's signature*

SA Craig Harvey, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/1/2021

*Judge's signature*

City and state: Boston, MA

Hon. Donald L. Cabell, Magistrate Judge
*Printed name and title*